IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
ANTHONY RACHELLS,                    : CASE NO.  1:08 CV 2815
                                     :
                         Plaintiff,  :
                                     :
            -vs-                     : <u>JUDGMENT ENTRY</u>
                                     :
                                     :
CINGULAR WIRELESS EMPLOYEE           :
SERVICES, LLC, et al.,               :
                        Defendants.  :
-------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

   This Court, having contemporaneously entered its Memorandum and Order

adopting the Report and Recommendation and granting Defendants' motion for

summary judgment (Doc. 36), hereby dismisses plaintiff Anthony Rachells' complaint.


   IT IS SO ORDERED.


                                          /s/ Lesley Wells
                                       UNITED STATES DISTRICT JUDGE