IN THE US DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY RACHELLS | ) | CASE NO.: 1:08 CV 2815 |
| Plaintiff | ) ) | JUDGE: CHRISTOPHER A. BOYKO |
| -vs- | ) ) | MAGISTRATE JUDGE: DAVID A. RUIZ |
| CINGULAR WIRELESS EMPLOYEE SERVICES, LLC et al. | ) ) ) | STIPULATION AND ORDER OF DISMISSAL |
| Defendants | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Except as otherwise specifically agreed to by the parties, each party shall bear its own costs and fees.

RESPECTFULLY SUBMITTED,

/s/ E. Yvonne Harris
E. Yvonne Harris (0058636)
2000 Lee Road, Suite 220
Cleveland, OH 44118
(216)696-2211 Office
(216)696-2212 Facsimile
Attorney for Plaintiff
vonohio@msn.com

/s/ John R. Martin
John R. Martin (pro hac vice)
Pillar + Aught
4201 E. Park Circle
Harrisburg, PA 17111
(707)318-9910 Office
jmartin@pillaraught.com
Attorney for All Defendants

IT IS SO ORDERED.
*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE